UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Narvin Lichfield

v.                                          Case No. 25-4135

Katherine Kubler, et al.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Katherine Kubler and Netflix Inc.
[Party or Parties][1]

_____

Appellee _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| Natalie J. Spears | Jacqueline A. Domenella |
| Name of Counsel | Name of Counsel |
| */s/ Natalie J. Spears* | */s/ Jacqueline A. Domenella* |
| Signature of Counsel | Signature of Counsel |
| Dentons US LLP, 233 S. Wacker Dr. | Dentons US LLP, 233 S. Wacker Dr. |
| Ste. 5900, Chicago, IL 60606 | Ste. 5900, Chicago, IL 60606 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| natalie.spears@dentons.com | jacqui.domenella@dentons.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

131612858

Gregory R. Naron
_____
Name of Counsel

_____
Name of Counsel

*/s/ Gregory R. Naron*
_____
Signature of Counsel

_____
Signature of Counsel

Dentons US LLP, 233 S. Wacker Dr.
Ste. 5900, Chicago, IL 60606
_____
Mailing Address and Telephone Number

_____
Mailing Address and Telephone Number

gregory.naron @dentons.com
_____
E-Mail Address

_____
E-Mail Address

2

131612858

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐      The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒      There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 7, 2025
Date

/s/ Natalie J. Spears
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

131612858

## CERTIFICATE OF SERVICE

I hereby certify that:

☒    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance
Form to:
        [date]

_____

at_____,

the last known address/email address, by _____.
                                        [state method of service]

November 7, 2025_____
Date

/s/ Natalie J. Spears_____
Signature

4

131612858