UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Lichfield

v.                                                                Case No.  25-4135

Kubler, et al.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Katherine Kubler and Netflix Inc.
_____
[Party or Parties][1]


_____


Appellee
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| David W. Tufts | Ian Kinghorn |
| Name of Counsel | Name of Counsel |
| /s/  David W. Tufts | /s/  Ian Kinghorn |
| Signature of Counsel | Signature of Counsel |
| Dentons Durham Jones Pinegar P.C., 111 S Main Street, Suite 2400, Salt Lake City, UT  84111 - 801-415-3000 | Dentons Durham Jones Pinegar, P.C., 111 S Main Street, Suite 2400, Salt Lake City, UT 84111 - 801-415-3000 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| david.tufts@dentons.com | ian.kinghorn@dentons.com |
| E-Mail Address | E-Mail Address |

_____

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 7, 2025
Date

/s/  David W. Tufts
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐      On _____ I sent a copy of this Entry of Appearance Form to:

             [date]

_____

at_____,

the last known address/email address, by _____.

                             [state method of service]

___November 7, 2025_____

Date

_/s/  David W. Tufts_____

Signature

3