## TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2024)

### PART I – Case Information and Contact Information

Case Name: Narvin Lichfield v. Katherine Kubler and Netflix, Inc.    District Court Case Number: 2:24-cv-00458-JNP-CMR

District Court: District of Utah    Circuit Court Appeal Number: 25-4135

Name of Attorney/Pro Se Party Completing this Form: Michael K. Hepworth

Name of Law Firm/Office: Hepworth Legal

Address: 320 West 500 South, Suite 200, Bountiful, UT 84010

Phone: (801) 872-2222    Email: michael@hepworthlegal.com

Attorney For: Narvin Lichfield

### PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ **I am not ordering a transcript because (check one):**

  ☐ a transcript is not necessary for this appeal;

  ☐ the necessary transcript is already on file in the district court; or

  ☐ the necessary transcript was ordered previously in appeal number _____.

■ **I hereby order the following transcript(s) from** Laura Robinson _____ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each court reporter** from whom a transcript is ordered. **Please be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or Daily) |
|---|---|---|---|
| Hearing on Motion | September 18, 2025 | 43 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PART III – Choose the manner of payment for the transcript(s) ordered.

■ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☐ This case **IS proceeding under the Criminal Justice Act, and (check one):**

  ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).

  ☐ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, Michael K. Hepworth _____, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: Michael K. Hepworth    Digitally signed by Michael K. Hepworth Date: 2025.11.07 14:22:45 -07'00'    Date: 11/7/2025

### PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: _____    Date: _____