UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

NARVIN LICHFIELD,

         Plaintiff,

  v.

KATHERINE KUBLER, an individual,
and NETFLIX, INC., a Delaware
corporation,

Case No.  25-4135

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Narvin Lichfield

[Party or Parties][1]

Appellant

[Appellant/Petitioner or Appellee/Respondent]                        , in the above-captioned case(s).

Attorneys entering appearances must include their signatures below.

Michael K. Hepworth

Name of Counsel

/s/ Michael K. Hepworth

Signature of Counsel

320 West 500 S. Suite, 200, Bountiful, UT 84010

Mailing Address and Telephone Number

michael@hepworthlegal.com

E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11/7/2025
Date

*/s/ Michael K. Hepworth*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
✗ Form to:
                    [date]

_____

at_____,

the last known address/email address, by _____.
                               [state method of service]

11/7/2025_____
Date

*/s/ Michael K. Hepworth*_____
Signature