No. 25-4135

_____

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

**NARVIN LICHFIELD,**
Plaintiff-Appellant,

v.

**KATHERINE KUBLER, an individual; NETFLIX, INC., a Delaware
corporation,**
Defendants-Appellees.


_____

**MOTION TO CONVENTIONALLY FILE EXHIBITS AS PART OF
APPELLANT'S APPENDIX**
**Counsel for Plaintiff-Appellant:**

_____

Michael K. Hepworth
Hepworth Legal
320 W 500 S, Ste. 200
Bountiful, UT 84010
(801) 872-2222
*michael@hepworthlegal.com*


Pursuant to Fed. R. App. P. 25(a)(2)(B), 27, and 30, and 10th Cir. R. 25.3, 27.1, and 30.3(B), Appellant Narvin Lichfield, respectfully moves for leave to conventionally file certain audio and video exhibits as part of Appellant's Appendix. These exhibits are part of the record on appeal, are necessary to resolution of the

issues presented, and cannot be filed in the electronic appendix in PDF form through CM/ECF.

### 1. Relief Requested

Appellant requests an order:

1. Exempting the audio and video exhibits identified below from the electronic appendix requirement under 10th Cir. R. 30.3(B);

2. Permitting Appellant to conventionally file those exhibits with the Clerk of Court on physical media in a commonly accessible format, as submitted in the district court record; and

3. Permitting Appellant to cite to and rely on those conventionally filed exhibits in the briefs as part of Appellant's Appendix.

### 2. Opposing Party's Position (10th Cir. R. 27.1)

Counsel for Appellant has conferred with counsel for Appellee regarding the relief requested in this motion. Appellee does not oppose the filing of this motion as confirmed via email on January 16, 2026.

### 3. Background and Identification of Exhibits

The exhibits for which conventional filing is requested are:

- Appendix Page No.  APP 00083; [Episodes 1 – 3 of *"THE PROGRAM: CONS, CULTS AND KIDNAPPING"*]; (ECF 29-1, PageID: 171).

- Appendix Page No. APP 00136; [*Inside Edition Investigates Dundee Ranch Academy: A WWASP Program*] (ECF 29-14, PageID: 223).

- Appendix Page No. APP 000138; [*Trapped in Treatment Episodes 3 and 10*]; (ECF 29-15, PageID: 224).

These materials were submitted in the proceedings below and are part of the record on appeal. Appellant does not seek to supplement the record; Appellant seeks only to provide the Court copies of record exhibits that cannot be included in the electronic appendix in PDF form.

**4. Good Cause**

**A. The Tenth Circuit's rules permit exemption of particular record materials that cannot be electronically included in the appendix.**

Under 10th Cir. R. 30.3(B), when particular record materials cannot be readily copied, put in electronic form, or electronically filed, a party may move to exempt those materials from the electronic appendix requirement by filing a motion at least seven days before the due date for the principal brief and appendix. This motion is filed within seven days of the due date for Appellant's principal brief and appendix.

**B. The requested exhibits cannot be included in the electronic appendix as required.**

Appellant will file the remainder of the Appendix electronically in compliance with Fed. R. App. P. 30, 10th Cir. R. 30.1, and applicable CM/ECF requirements. However, audio and video exhibits are not capable of being filed as searchable,

bookmarked PDF documents in the appendix. Further, to the extent any portion of these materials could be converted into or embedded within a PDF, doing so would either (i) defeat the purpose of providing the Court the underlying audio/video evidence in an accessible form, or (ii) require alteration, compression, or segmentation that risks loss of fidelity and practical usability.

Conventional filing is therefore necessary to allow the Court to review these record exhibits in their original functional form.

**5. Proposed Method of Conventional Filing**

If the Court grants this motion, Appellant will, within the time specified by the Court's order (or, if no time is specified, promptly and in any event no later than 7 days after entry of the order), conventionally file the above-identified exhibits with the Clerk of Court by delivering:

1. One properly labeled physical media device(s) containing the exhibits (e.g., [USB drive(s)/disc(s)]), identifying on the label: the case number, case caption, "Conventionally Filed Appendix Exhibit(s)," exhibit letter/number, file name(s), and runtime(s); or

2. Upon receipt of a SharePoint link or its equivalent from the Court for the purpose of uploading the exhibits for the record; and

3. A cover letter identifying the exhibits and confirming they are true and correct copies of the corresponding record exhibits.

Appellant will also include in the electronically filed Appendix index an entry for each conventionally filed exhibit, with a parenthetical stating:

"Conventionally filed audio/video exhibit (filed pursuant to Court order granting leave under 10th Cir. R. 30.3(B))."

## 6. Service

Appellant will serve Appellee with a copy of the conventionally filed media by Electronic Cloud Storage Data Transfer promptly after filing with the Clerk, unless Appellee agrees in writing to an alternative method of access or service.

## 7. Conclusion

For the foregoing reasons, Appellant respectfully requests that the Court grant this Motion to Conventionally File Exhibits as Part of Appellant's Appendix.

Dated: January 17, 2026

*/s/ Michael K. Hepworth*
Michael K. Hepworth
Hepworth Legal
320 W 500 S, Ste. 200
Bountiful, UT 84010
(801) 872-2222
*michael@hepworthlegal.com*

**Certificate of Compliance (Fed. R. App. P. 27(d)(2) & 32(g))**

I certify that this motion complies with the applicable type-volume limitation in Fed. R. App. P. 27(d)(2) because it contains **750** words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This count was determined using [word-processing program]'s word-count function.

*/s/ Michael K. Hepworth*
Michael K. Hepworth

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 17, 2026, I caused a true and correct copy of

the foregoing document to be served upon counsel for all parties via e-filing.


<u>*/s/ Steven M. Littlefield, J.D.*</u>
Law Clerk