**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**January 20, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

—————————————————————

NARVIN LICHFIELD,

    Plaintiff - Appellant,

v.

KATHERINE KUBLER, et al.,

    Defendants - Appellees.

No. 25-4135
(D.C. No. 2:24-CV-00458-JNP-CMR)
(D. Utah)

—————————————————————

### ORDER

—————————————————————

This matter is before the court on Appellant's *Motion to Conventionally File Exhibits as Part of Appellant's Appendix*. Appellant seeks leave to file certain audio and video exhibits conventionally as they cannot be filed in PDF form through CM/ECF. The motion is unopposed. The motion is GRANTED as follows:

Appellant may submit the exhibits identified in the motion to the Court via SharePoint Online.[1] The Clerk's Office will email Appellant a link that can be used to upload the materials to a case-specific folder on SharePoint Online. The materials must be in a familiar file format that can be accessed using commonly-available media players. Acceptable electronic formats for audio/video include AVI, MOV, WMV, WMA, FLAC, MP3, MP4, MPG, MPEG, and Wave.

---

[1] SharePoint Online is FIPS 140-2 certified, and every file is encrypted using AES 256-bit encryption at rest and in transit. Passwords for parties will not be required to upload materials.

Each file uploaded must be named with a file-naming convention that clearly identifies each individual file. None of the files uploaded may be password-protected. Appellant must upload the materials within five days of receiving the link. Appellant must also serve a copy of the materials on Appellees in accordance with Fed. R. App. P. 25(b). The materials must be submitted to the court, and served on Appellees, within five days of the date of this order.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
Chief Deputy Clerk