UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 21, 2026


Mr. Michael K Hepworth
Hepworth & Associates
320 West 500 South, Suite 200
Bountiful, UT 84010


**RE:     25-4135, Lichfield v. Kubler, et al**
         Dist/Ag docket: 2:24-CV-00458-JNP-CMR

Dear Counsel:

Appellant's brief is deficient because:

The attachments to the brief are not identified and included in the Table of Contents. As such, you will also need to update the Table of Contents with the attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy"). *See* 10th Cir. R. 28.2(C)(5).

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The appendix that was submitted with the brief is in compliance with all relevant appellate rules and will be docketed as filed upon receipt of the corrected brief. Do not file paper copies of your corrected brief or appendix unless/until the court orders you to do so.

The time to file a response brief will run from the date of service of appellant's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Jacqueline A. Domenella
       Ian Kinghorn
       Gregory R. Naron
       Natalie Spears
       David W. Tufts

CMW/art

2