**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**July 27, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

NARVIN LICHFIELD,

    Plaintiff - Appellant,

v.

No. 25-4135

KATHERINE KUBLER; NETFLIX, INC.,

    Defendants - Appellees.

_____

**JUDGMENT**

_____

**Appeal from the United States District Court**
**for the District of Utah**
**(D.C. No. 2:24-CV-00458-JNP-CMR)**

_____

Before **TYMKOVICH**, **BACHARACH**, and **FEDERICO**, Circuit Judges.

_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk